UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,                    20-Cv-10084 (SHS)

            v.                                              ORDER

RICHARD J. RUBIN and THOMAS J.
CRAFT, JR.,

                              Defendants.

---------------------------------------------------------

SIDNEY H. STEIN, U.S. District Judge.

      The Court has received the government's motion to intervene and stay this action until
the conclusion of the parallel criminal case, *United States v. Richard Rubin et al.*, 20-CR-632.
(Gov't's Mot., ECF No. 22.) Defendants are hereby ORDERED to notify the Court in writing
on or before January 27, 2020, that they consent to a complete stay of this action until the
conclusion of the parallel criminal case.

Dated:  New York, New York
            January 22, 2021

                                                      SO ORDERED

                                                      _____
                                                      SIDNEY H. STEIN
                                                      U.S.D.J.