UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION, :     20-Cv-10084 (SHS)

                 Plaintiff,         :

   -v-                                                        ORDER

                                              :

RICHARD J. RUBIN, and THOMAS CRAFT,

                                           :

                Defendants.
---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On January 22, 2021 [Doc. No. 24], the Court ordered the defendants to notify the Court in writing whether or not they consent to a complete stay of this action until the conclusion of the parallel criminal case. Each defendant has notified the Court that they consent [Doc. Nos. 25, 26]. Accordingly,

      IT IS HEREBY ORDERED that:

      1.     The government's motion to intervene and stay this action until the conclusion of the action entitled *U.S.A. v. Richard Rubin and Thomas Craft*, 20-Cr-632 (PAE) is granted;

      2.     The parties are directed to notify the Court in writing when the criminal action has concluded; and

      3.     The initial pretrial teleconference scheduled for February 5, 2021, at 12:00 p.m. is adjourned *sine die*.

Dated: New York, New York
        February 4, 2021

                                        SO ORDERED

                                        SIDNEY H. STEIN
                                        U.S.D.J.